# NATIONAL REVENUE RECOVERY INC
## Payroll Summary for Rachel Eckert

01/01/2013 - 12/31/2013

| Date | Name | Net Amt | Hours | Taxes Withheld | Total Deductions | Total Pay | Employer Taxes | Total Cost | Check Num |
|------|------|---------|-------|----------------|------------------|-----------|----------------|------------|-----------|
| 08/02/2013 | Rachel Eckert | $320.32 | 48.00 | $63.68 | $0.00 | $384.00 | $47.43 | $431.43 | |
| 07/05/2013 | Rachel Eckert | $357.74 | 54.00 | $74.26 | $0.00 | $432.00 | $53.34 | $485.34 | |
| 06/21/2013 | Rachel Eckert | $92.45 | 12.75 | $9.55 | $0.00 | $102.00 | $12.61 | $114.61 | |
| 06/07/2013 | Rachel Eckert | $332.86 | 50.00 | $67.14 | $0.00 | $400.00 | $49.40 | $449.40 | |
| 05/24/2013 | Rachel Eckert | $392.94 | 60.00 | $87.06 | $0.00 | $480.00 | $59.28 | $539.28 | |
| 05/10/2013 | Rachel Eckert | $206.10 | 30.00 | $33.90 | $0.00 | $240.00 | $29.64 | $269.64 | |
| 04/26/2013 | Rachel Eckert | $140.22 | 20.00 | $19.78 | $0.00 | $160.00 | $19.76 | $179.76 | |
| | Totals | $1,842.63 | 274.75 | $355.37 | $0.00 | $2,198.00 | $271.46 | $2,469.46 | |